United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDRII SAVCHENKO,

Plaintiff,

v.

ALEJANDRO N. MAYORKAS, et al.,

Defendants.

Case No. 24-cv-06154-PHK

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

Re: Dkt. 21

On August 30, 2024, Plaintiff Andrii Savchenko filed the Complaint[1] in this action against Defendants Alejandro N. Mayorkas (Secretary of DHS), Ur M. Jaddou (Director of U.S.C.I.S.), and Danielle Lehman (Director of San Francisco Asylum Office) ("Defendants"). [Dkt. 1]. All Parties have consented to Magistrate Judge jurisdiction for all proceedings in this case, including but not limited to trial and entry of final judgment.  [Dkts. 6, 9].

On December 5, 2025 the Court issued an Order regarding Plaintiff's counsel (Svetlana Kaff) after learning that Ms. Kaff is not currently an active member of the California Bar. [Dkt. 21 at 1]. In the December 5 Order, the Court instructed Plaintiff to retain and have substitute counsel appear by January 16, 2026, or, alternatively, enter appearance *pro se* by that same deadline. *Id.* To date, Plaintiff has neither retained substitute counsel, nor entered appearance *pro se*.

The Court warned "that if Plaintiff does not have substitute counsel appear or does not appear *pro se* by the deadline, that failure to obey this Court order may have negative consequences for Plaintiff's case, including potentially the issuance of an Order to Show Cause as to why the case

---

[1] An Amended Complaint, correcting for the lack of attorney signature on the original Complaint, was filed the same day. *See* Dkt. 2 at 3.

should not be dismissed for failure to prosecute and failure to obey a Court Order." *Id.* The Court also advised Plaintiff of the resources available to *pro se* litigants. *Id.* at 1-2.

The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).

Plaintiff has not communicated with the Court, has not sought an extension of time to find new counsel, and has not prosecuted this action. The Court previously informed and admonished Plaintiff, and is hereby providing **NOTICE** again by this **ORDER TO SHOW CAUSE**, that failure to comply with this Court's orders and failure to prosecute this case will result in negative consequences for Plaintiff's case, including the issuance of an Order dismissing this action. Specifically, failure to respond to this Order to Show Cause and failure to either have substitute counsel appear, or enter appearance *pro se*, by the deadline set herein will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit, which will lead to consequences adverse to Plaintiff's lawsuit.

Accordingly, the Court herein **ORDERS** that, by no later than **May 29, 2026**, Plaintiff **SHALL EITHER** (1) retain and have substitute counsel appear to represent Plaintiff in this action, **OR** (2) enter his own appearance *pro se*; **OR** (3) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders. To be clear, if Plaintiff has substitute counsel appear or enters appearance *pro se* (by May 29, 2026), such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary.

If Plaintiff needs additional time to retain substitute counsel, Plaintiff shall explain and show sufficient good cause why and how much additional time is needed in any written response filed **by the May 29, 2026** deadline.

Additionally, Plaintiff **SHALL** communicate, promptly either directly if he has no counsel or through substitute counsel, with Defendants to discuss case management and proposals for case planning and scheduling in light of the present situation.

United States District Court
Northern District of California

If Plaintiff fails to respond to this Order to Show Cause by the May 29, 2026 deadline set herein, the Court will issue an Order dismissing this action for failure to prosecute and failure to comply with court orders.

The Government **SHALL** use diligent, good faith efforts to send a Copy of this Order directly to Plaintiff by mail, overnight delivery service, hand delivery, email, and/or facsimile **by May 8, 2026**. Further, the Government **SHALL** file a Status Report regarding its success or status in sending a copy of this Order to Plaintiff by **May 11, 2026** and include in that Status Report the contact information used for Plaintiff and status regarding any communications with substitute counsel (if any) for Plaintiff.

Further, while Ms. Kaff is not eligible to practice law in California according to the California State Bar website, Ms. Kaff's situation is at least part of the cause for the present circumstances. Accordingly, the Court **ORDERS** Svetlana Kaff to send a copy of this Order to Show Cause and copies of the Court's prior Orders issued in this case to Plaintiff by mail, overnight delivery service, hand delivery, email, and/or facsimile **by May 8, 2026**. Further, Ms. Kaff **SHALL** file a Status Report regarding her success or status in sending a copy of this Order and all other Orders to Plaintiff by **May 11, 2026** and include in that Status Report the contact information used for Plaintiff. Ms. Kaff is admonished that failure to comply with this Order may result in negative consequences, including but not limited to referral to the State Bar and this Court's Standing Committee on Professional Conduct.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff at his address of record: 10010 S Sterling Rd., Cupertino, CA 95014. [Dkt. 1 at 1].

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____
PETER H. KANG
United States Magistrate Judge

3